UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

David G. Chapman,   Chapter 13 Proceedings
                    Case No. 16-25232-beh

    Debtor.

---

APPLICATION FOR APPROVAL OF ATTORNEY
FEES AS ADMINISTRATIVE EXPENSE

---

    NOW COMES ESSERLAW LLC, Attorneys for the above-named Debtors, and makes application as follows:

1. That this case was filed on May 20, 2016.

2. That Counsel for Debtor has rendered services for Debtor in connection with:

    - Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    - Assist debtor with potential settlement of Securant Bank lawsuit including miscellaneous telephone conferences with Attorney Fenzel and Attorney Erwin;
    - Preparation and filing of an emergency petition;
    - Preparation and filing of completed schedules, statement of financial affairs, statement of current monthly income and plan;
    - Representation of the debtor at the meeting of creditors;
    - Negotiations with secured creditors to reduce to market value; exemption planning; review of Notice of Intent to Pay Claims;
    - Preparation and filing of notice of motion and motion to sell property pursuant to §363(b) and notice to all creditors including miscellaneous telephone calls and emails to trustee regarding no objection, miscellaneous telephone conferences with title company regarding closing statement and proceeds of sale, review of closing documents;
    - Preparation and filing of notice of motion and motion to incur secured debt;
    - Preparation and filing of Amended Schedule F

3. That an itemized listing of the above-referenced services is attached hereto and incorporated herein by reference.

ESSERLAW LLC
11805 West Hampton Avenue
Milwaukee, WI 53225
Telephone (414) 461-7000
Facsimile (414) 461-8860

4. Applicant has expended in excess of 47.65 hours related to the services which are the subject of this application, plus costs advanced on behalf of the debtor in the amount of $423 ($310 filing fee plus $53 credit report plus $25 recorded mortgage plus $35 satisfaction recording). Applicant has billed the Debtor $300 per hour for senior attorney time (41.95 hours x $300/hr = $12,585), $275 per hour for associate time (0 hours x $275/hr = $0), $225 per hour for associate time (0 hours x $225/hr = $0) and $125 per hour for legal assistant time (5.7 hours x $125/hr = $712.50).

5. Applicant has received a total of $4,500 ($4,500 debtor direct and $0 which has already been provided for in the Plan) toward the services as itemized in this application. In addition, your applicant received the sum of $423 to cover the costs of filing and other costs advanced on behalf of the Debtor as itemized in this application.

6. That based upon the foregoing, your applicant moves the Court for an order allowing the sum of $13,297.50 as attorney fees plus $423 for costs advanced on the Debtor's behalf for a total amount of $13,720.50 against which should be applied the sum of $4,923 received on account or which has already been provided for in the Plan, leaving a balance of $8,797.50.

7. That the applicant be allowed to disburse the $77 currently held in trust to pay toward the requested fees and the balance of the fees, **$8,720.50** ($8,797.50 less $77), be allowed as an additional administrative expense to be paid inside the Plan

8. That in the event this case is dismissed, the Trustee shall use all available funds to pay applicant's attorneys fees as an administrative expense claim prior to the refund of any funds to the debtor.

Dated this __22__ day of July, 2016.

                                           ESSERLAW LLC
                                           Attorneys for Debtor


                                           By:__/s/ Todd C. Esser_____
                                                 Todd C. Esser

# ESSERLAW LLC

11805 W. Hampton Ave.
Milwaukee, WI 53225-3612
Telephone: 414-461-7000
Fax: 414-461-8860

7/18/2016
Invoice No. 20464

David G. Chapman
PO Box 214
Oconomowoc, WI 53066

Client Number: 015-0258 David G. & Stephanie L. Chapman
Matter Number: 2016-0103 Chapman, David G. 2016 Chapter 13
**For Services Rendered Through 7/18/2016.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/6/2016 | TCE | Telephone conf with Atty George Erwin re: pending lawsuit and motion for Summary Judgment and potential defenses | 0.20 | $60.00 |
| 4/7/2016 | TCE | Office consultation with client re: overview of financial transactions and case strategy and objectives; draft memo to file | 2.00 | $600.00 |
| 4/8/2016 | TCE | Attention to issues with transfers to trust | 0.25 | $75.00 |
| 4/20/2016 | TCE | Telephone conference with Stephanie re: concerns about case | 0.30 | $90.00 |
| 4/21/2016 | TCE | Telephone conf with Patty Savasta of US Probation re: financial disclosure form; note to file | 0.10 | $30.00 |
| 4/27/2016 | TCE | Telephone conf with Dave re: progress on case and disclosures; note to file | 0.20 | $60.00 |
| 4/27/2016 | TCE | Review and analysis of documentation and draft schedules; | 2.00 | $600.00 |
| 4/27/2016 | JS | Initial preparation of draft schedules including review of CCAP/Pacer, download and review of credit report, request for recorded deed/mortgages and detail analysis of documents provided and Attorney Esser's notes; TC with client re: same; scan documents | 1.70 | $212.50 |
| 4/28/2016 | TCE | Analysis of Statement of financial affairs disclosures | 1.00 | $300.00 |

Continued On Next Page

| Date | Staff | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 5/3/2016 | TCE | Preparation for telecon with client; Telephone conf with Atty Erwin re: pending litigation and settlement negotiations; telephone conf with client re: proforma schedules and settlement offer; | 1.50 | $450.00 |
| 5/3/2016 | TCE | Telephone conf with Stephanie re: pending offer and marital assets; note to file | 0.25 | $75.00 |
| 5/5/2016 | TCE | Review of new materials from client; telephone conf with Atty Erwin re: Residence trust and settlement; telephone call to client; draft abridged version of schedules for disclosure purposes; draft letter to Atty Joe Fenzel; telephone conf with client re: questions about disclosures, ownership of assets, undisclosed life ins trust, transfers of cars, valuation of assets, authorization to proceed with settlement; redraft disclosure documents, redraft letter, | 2.50 | $750.00 |
| 5/6/2016 | NAL | Telephone conference with Dave re: liquidation analysis | 0.10 | $12.50 |
| 5/9/2016 | TCE | Telephone conf with Attys Erwin and Fenzel re: rejection of settlement offer; notes to file; telephone call to client | 0.50 | $150.00 |
| 5/9/2016 | TCE | Telephone conf with client re: discussions with bank's atty and settlement issues; notes to file | 0.50 | $150.00 |
| 5/9/2016 | TCE | Telephone conf with Stephanie to review conversations with Atty Erwin and Dave; telephone conf with Atty Erwin re: possible 363(b) sale; analysis of filing and sale of condo on notice to creditors; telephone conf with Dave; | 1.00 | $300.00 |
| 5/10/2016 | JS | Receipt and review of recorded Deed and Mortgages; update schedules | 0.30 | $37.50 |
| 5/10/2016 | TCE | Telephone conf with Dave re: 363(b) sale, timing of filing and potential for wife to join filing | 0.20 | $60.00 |
| 5/11/2016 | JS | Receipt and review of additional documents provided; update schedules | 0.40 | $50.00 |
| 5/12/2016 | TCE | Preparation of schedules and terms of plan | 1.50 | $450.00 |
| 5/13/2016 | TCE | Attention to documentation from client and preparation of schedules and Statement of Financial Affairs; telephone conf with Atty Erwin re: requested pleadings in Securant Bank lawsuit; Telephone conf with client | 4.00 | $1,200.00 |
| 5/16/2016 | TCE | Review of Securant Bank pleadings, Motion for SJ, objection and supporting affidavit, prepare for meeting with client; Office consultation with client re: final review of supporting documentation, budget and projected income and terms of plan | 2.50 | $750.00 |
| 5/17/2016 | TCE | Review of additional materials from client, income projections, means test issues, NFS wages, telephone conf with client re: impending filing and Offer to Purchase new house/sell old house | 1.00 | $300.00 |

**Continued On Next Page**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/18/2016 | JS | Receipt and review of 2015 Form 1040; update schedules | 0.10 | $12.50 |
| 5/18/2016 | TCE | Telephone conf with Stephanie re: impending sale of condo and purchase of house and how Ch 13 filing will complicate that process | 0.30 | $90.00 |
| 5/18/2016 | TCE | Telephone conf with Atty Erwin re: mtgs and filing; draft email with title info to Erwin | 0.40 | $120.00 |
| 5/18/2016 | TCE | Review of multiple emails with Atty Erwin and client re: pending motion hearing, sale of property and case filing | 0.25 | $75.00 |
| 5/19/2016 | TCE | Preparation for and office consultation with client for draft review of schedules and statement of financial affairs; telephone conf with Atty Erwin; | 4.00 | $1,200.00 |
| 5/20/2016 | NAL | File emergency petition; draft letter to Attorney Fenzel re: notice of filing; draft suggestion of bankruptcy and letter to court filing same; LM for Judge Lazar's clerk re: bankruptcy filing | 0.40 | $50.00 |
| 5/20/2016 | TCE | Attention to emails from client and Atty Erwin; telephone conf with client; draft email to Atty Erwin; attention to OTP; update property and statement of financial affairs | 1.00 | $300.00 |
| 5/23/2016 | TCE | Telephone conf with client re: Buyer's Atty having issues with title; note to file; Review Offer and telephone call to Atty Steven Steinhoff; telephone conf with client; attention to title issues | 0.40 | $120.00 |
| 5/24/2016 | TCE | Review means test issues and revise; telephone conference with Atty Steven Steinhoff re: offer to purchase; telephone conference with client re: change in health insurance premium and revisions to means test | 1.50 | $450.00 |
| 5/25/2016 | TCE | Telephone conf with Atty Erwin re: pending OTP; | 0.10 | $30.00 |
| 5/25/2016 | TCE | Attention to Means Test; Telephone conf with client re: line by line discussion of allowed deductions/expenses and pending status of OTP | 0.75 | $225.00 |
| 5/26/2016 | TCE | Telephone conf with Steve Edwards re: concerns about title and closing; note to file | 0.25 | $75.00 |
| 5/26/2016 | TCE | Preparation of plan terms; Office consultation with client re: review and execution of completed schedules and plan | 2.75 | $825.00 |
| 5/27/2016 | TCE | Attention to status of OTP; telephone conf with client and NFS re: impending continued negotiations; prepare Motion and Notice | 0.40 | $120.00 |
| 5/27/2016 | NAL | Filed completed schedules and plan; filed motion and notice for authority to sell pursuant to 363(b); notice creditors | 0.40 | $50.00 |

Continued On Next Page

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 5/27/2016 | TCE | Telephone conf with client re: meeting with Buyer; revise draft of Motion and Notice; review emails from client with Revised OTP; draft email to Atty Erwin; attention to final revisions to Plan and file | 1.00 | $300.00 |
| 5/31/2016 | NAL | Draft email to Atty Steinhoff with copy of motion to sell | 0.10 | $12.50 |
| 5/31/2016 | TCE | Review offer to purchase Wisconsin Ave property; draft motion to incur debt | 0.40 | $120.00 |
| 6/1/2016 | TCE | Revise motion to incur debt; telephone conference with Attorney Erwin re: ordering title commitment on Journeys Dr and Wisconsin Ave properties | 0.30 | $90.00 |
| 6/1/2016 | NAL | Filed motion and notice to incur debt; send notice to creditors | 0.20 | $25.00 |
| 6/7/2016 | NAL | Draft email to trustee with copies of accepted offers to purchases on Journeys Dr. and Wisconsin Ave. properties | 0.10 | $12.50 |
| 6/7/2016 | NAL | Draft letter to client re: filing and copies of schedules | 0.20 | $25.00 |
| 6/7/2016 | TCE | Review email from Atty Erwin regarding Contact Buyers Attorney for Patti Edwards; review of court docket to verify no objections filed and draft reply email to Atty Erwin | 0.30 | $90.00 |
| 6/10/2016 | TCE | Telephone conf with client re: pending sale, satisfaction of mortgage, notice to creditors, payments to trustee, closing | 0.25 | $75.00 |
| 6/10/2016 | TCE | Telephone conf with trustee Grossman re: impending sale and purchase of houses; | 0.20 | $60.00 |
| 6/10/2016 | TCE | Review of email from Atty Erwin's office and draft reply | 0.20 | $60.00 |
| 6/14/2016 | TCE | Telephone conference with client re: proposed closing statement, proceeds of sale; telephone message to Brian Tuth at Chicago Title re: closing documents | 0.20 | $60.00 |
| 6/15/2016 | NAL | Draft email to client re: 2015 tax returns and copies of Stephanie's pay stubs | 0.10 | $12.50 |
| 6/15/2016 | TCE | Receipt and review of email re closing date amendment for Wisconsin Ave house. | 0.10 | $30.00 |
| 6/16/2016 | TCE | Telephone conf with Duane Wunsch and Brian Thut of Chicago Title co re: disposition of proceeds of sale; review of prior email string; draft email to trustee Grossman and Atty Chris Schimke re: statement of no objection; | 0.40 | $120.00 |
| 6/16/2016 | KGH | Filed notice of change of address with court | 0.10 | $12.50 |
| 6/17/2016 | TCE | Draft email to Atty Schimke re: approval of distribution of proceeds to debtor from closing | 0.20 | $60.00 |
| 6/17/2016 | TCE | Review of email from Atty Erwin re: closing documents | 0.10 | $30.00 |
| 6/18/2016 | NAL | Draft amended Schedule F to include additional debt of Woods Properties LLC; draft email to client re: same | 0.20 | $25.00 |

**Continued On Next Page**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 6/20/2016 | NAL | Draft email to trustee re: required 341 documents | 0.20 | $25.00 |
| 6/20/2016 | TCE | Telephone conf with client re: adjustments to closing statement and title company concerns; telephone confs with trustee's office re: affirmatively stating no objection to net proceeds being paid to debtor and non-filing spouse; note to file | 0.30 | $90.00 |
| 6/21/2016 | KGH | Draft letter to client re: 341 10 day reminder | 0.10 | $12.50 |
| 6/21/2016 | NAL | Filed aff of no objection to motion to sell and proposed order | 0.20 | $25.00 |
| 6/21/2016 | NAL | Filed amended Schedule F and affidavit of mailing | 0.20 | $25.00 |
| 6/21/2016 | TCE | Review multiple emails and draft responses re: closings | 0.25 | $75.00 |
| 6/21/2016 | TCE | Review of emails from client, Atty Erwin, Atty Schimke, re: closing, pro-forma closing docs, title commitment, pending motions, | 0.25 | $75.00 |
| 6/21/2016 | TCE | Receipt and review of email regarding Closing Documents from Brian Thut | 0.10 | $30.00 |
| 6/21/2016 | TCE | Receipt and review of email regarding changes to closing statement | 0.10 | $30.00 |
| 6/22/2016 | TCE | Receipt and review of email from client regarding Returned payment to trustee; draft reply | 0.10 | $30.00 |
| 6/22/2016 | TCE | Review of emails from client re: closings on purchase of Wisconsin Ave and sale of Journeys Drive and updated settlement statement | 0.30 | $90.00 |
| 6/23/2016 | NAL | Receipt of order authorizing debtor to sell Journeys Drive propery; draft email to title company and Attorney Erwin | 0.20 | $25.00 |
| 6/23/2016 | TCE | Receipt and review of multiple emails from Brain Tuth at Chicago Title and debtor re: disposition of net proceeds from closing; multiple telephone conferences with client re: same; telephone conference with Lisa Peterson at Fidelity National re: same; draft emails to Brian Tuth and debtor re: same | 1.00 | $300.00 |
| 6/28/2016 | NAL | Filed aff of no objection and proposed order to incur debt | 0.20 | $25.00 |
| 6/28/2016 | TCE | Telephone call to client re: closing and pending meeting of creditors; draft email to client re: closing documents | 0.20 | $60.00 |
| 6/29/2016 | TCE | Receipt and review of letter and proposed Order from Attorney Erwin to Judge Lazar re: dismissal of Securant Bank action | 0.20 | $60.00 |
| 6/30/2016 | TCE | Follow up on signed copy of closing statement from sale of condo; telephone call to Kim Maycock; telephone conf with Dave Chapman | 0.20 | $60.00 |

**Continued On Next Page**

| | | | | | |
|---|---|---|---|---|---|
| **Client Number:** | 015-0258 | | | | 7/18/2016 |
| **Matter Number:** | 2016-0103 | | | | Page: 6 |

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 6/30/2016 | TCE | Represent client at meeting of creditors; conference re: trustee's requested information; draft memo to file re: results of meeting and trustee's requests | 1.50 | $450.00 |
| 6/30/2016 | TCE | Review emails from client and Atty Erwin re: closing statements; review statements; draft email to same re: HUD statements | 0.10 | $30.00 |
| 7/1/2016 | TCE | Telephone conf with Atty Erwin re: loan /property closing | 0.10 | $30.00 |
| 7/18/2016 | NAL | Filed change of address with court | 0.10 | $12.50 |
| 7/18/2016 | NAL | Draft email to client re: request for additional documents from trustee | 0.10 | $12.50 |
| | | **Billable Hours / Fees:** | **47.65** | **$13,297.50** |

## Timekeeper Summary

Timekeeper JS worked 2.50 hours at $125.00 per hour, totaling $312.50.

Timekeeper KGH worked 0.20 hours at $125.00 per hour, totaling $25.00.

Timekeeper NAL worked 3.00 hours at $125.00 per hour, totaling $375.00.

Timekeeper TCE worked 41.95 hours at $300.00 per hour, totaling $12,585.00.

| | | | | | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|---|---|
| **Client Number:** | 015-0258 | | | | | | 7/18/2016 |
| **Matter Number:** | 2016-0103 | | | | | | Page: 8 |

**TRUST ACTIVITY RECAP**

| Date | Description | | | | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| 4/15/2016 | Transfer from General; Check# 27030 | | | | $500.00 | | $500.00 |
| 5/24/2016 | Copy recorded mortgage - Inv# 96831 | | | | | $25.00 | $475.00 |
| | **Our Check:** | 6177 | **Payee:** | Heritage Title Services, Inc. | | | |
| 5/31/2016 | Credit report | | | | | $53.00 | $422.00 |
| | **Our Check:** | 6210 | **Payee:** | Credit Infonet | | | |
| 5/31/2016 | Recording fees - satisfaction - Inv# 98045 | | | | | $35.00 | $387.00 |
| | **Our Check:** | 6212 | **Payee:** | Heritage Title Services, Inc. | | | |
| 6/17/2016 | Filing fee | | | | | $310.00 | $77.00 |
| | **Our Check:** | 6245 | **Payee:** | Chase Credit | | | |

---

In re:

David G. Chapman,                                   Chapter 13 Proceedings
                                                       Case No. 16-25232-beh

         Debtor.

---

## NOTICE OF REQUIREMENT FOR RESPONSE TO APPLICATION
## FOR APPROVAL OF ATTORNEY FEES AS ADMINISTRATIVE EXPENSE

---

PLEASE TAKE NOTICE that Attorney Todd C. Esser has filed an Application for Approval of Attorney Fees as Administrative Expense. The attorney fees requested are as follows: $13,297.50 as attorney fees plus $423 for costs advanced on the Debtor's behalf for a total amount of $13,720.50 less $4,923 which has already been received on account or which has already been provided for in the Plan leaving a balance of $8,797.50 less $77 currently held in trust and providing for payment of $8,720.50 as an administrative expense inside the debtor's Plan. The services were incurred April 6, 2016 through July 18, 2016. A copy of the Application along with an itemization of the fees and expenses can be viewed at the office of the Clerk United States Bankruptcy Court, Room 126, 517 East Wisconsin Avenue, Milwaukee, WI. If you have an objection/response to the Application for Approval of Attorney Fees as Administrative Expense, you are required to file that objection/response within 21 days of the date of this notice. Your objection/response should be filed with:

         Clerk, United States Bankruptcy Court
         Room 126, Federal Building
         517 East Wisconsin Avenue
         Milwaukee, WI 53202

You must also mail a copy of your objection/response to:

         ESSERLAW LLC
         11805 West Hampton Avenue
         Milwaukee, WI 53225

If you do not file a timely objection/response, the Court may sign the order approving the application for attorney fees as administrative expense.

PLEASE TAKE FURTHER NOTICE that a hearing will be scheduled on any timely objection/response. Notice of the hearing will be provided to the objecting party and any other interested parties.

Dated this __22__ day of July, 2016.

                                       ESSERLAW LLC
                                       Attorneys for Debtor

                                       By: __/s/ Todd C. Esser_____
                                          Todd C. Esser

ESSERLAW LLC
11805 West Hampton Avenue
Milwaukee, WI 53225
Telephone (414) 461-7000
Facsimile (414) 461-8860

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

David G. Chapman,                          Chapter 13 Proceedings
                                                      Case No. 16-25232-beh

     Debtor.

---

## AFFIDAVIT OF MAILING

---

STATE OF WISCONSIN    )
                             ) SS:
MILWAUKEE COUNTY   )

       The undersigned, being first duly sworn on oath, says on the  26  day of July, 2016, she placed the **NOTICE OF REQUIREMENT FOR RESPONSE TO APPLICATION FOR APPROVAL OF ATTORNEY FEES AS ADMINISTRATIVE EXPENSE**, a copy of which is now on file herein, in an envelope postpaid for first class handling which bore the sender's name and return address and deposited said envelope and the contents thereof in the U.S. Mail, or served electronically, if the party accepts electronic service to the following:

     Mary B. Grossman, Trustee

     David G. Chapman
     PO Box 214
     Oconomowoc, WI  53066

     See attached list

                                               /s/ Nancy A. Lipinski
                                              Affiant

Subscribed and sworn before me
this  26  day of July, 2016.

     /s/ Todd C. Esser
Notary Public, State of Wisconsin
My commission: is permanent

ESSERLAW LLC
11805 West Hampton Avenue
Milwaukee, WI  53225
Telephone (414) 461-7000
Facsimile (414) 461-8860

| | | |
|---|---|---|
| American Express<br>Attn: Correspondence<br>PO Box 981540<br>El Paso, TX 79998 | Arizona Department of Revenue<br>1600 West Monroe Street<br>Phoenix, AZ 85007 | Barclays Bank Delaware<br>PO Box 8801<br>Wilmington, DE 19899 |
| Buchan Trucking LLC<br>2787 East Main Street<br>East Troy, WI 53120 | Gerald J. Buchan, Jr.<br>PO Box 315<br>East Troy, WI 53120-0315 | Bureau Of Medical Economics<br>Po Box #20247<br>Phoenix, AZ 85036 |
| Central States Mortgage<br>10425 W. North Ave.<br>Milwaukee, WI 53226 | Stephanie Chapman<br>PO Box 214<br>Oconomowoc, WI 53066 | Cramer, Multhauf & Hammes, LLP<br>Daniel J. Habeck<br>1601 Racine Avenue<br>Waukesha, WI 53186-6800 |
| David G. Chapman LLC<br>12 Canyon Creek Court<br>Sedona, AZ 86351 | Educators Credit Union<br>1326 Willow Rd.<br>Mt. Pleasant, WI 53177 | Jerome Gebhardt<br>9715 Gulf Shore Drive<br>Naples, FL 34108 |
| Geier, Homar & Roy LLP<br>Timothy M. Homar<br>635 Water Street<br>Sauk City, WI 53583-0458 | Synchrony Bank<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Harbor Point Condo Association<br>PO Box 551<br>Hartland, WI 53029 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JL Fairview LLC<br>10425 W. North Avenue #246<br>Wauwatosa, WI 53226 | Joseph E. Fenzel S.C.<br>Joseph E. Fenzel<br>757 North Broadway #201<br>Milwaukee, WI 53202 |
| Christine Krause<br>14660 Hilside Road<br>Elm Grove, WI 53122 | Greg Ksicinski<br>510 Heather Glen Court<br>Waukesha, WI 53188 | Richard Mathews<br>RD Investments Ltd<br>6252 Lakehorst Dr.<br>Davenport, IA 52807 |
| Mayfair 2200 Building LLC<br>10930 W. Potter Road, Suite B<br>Wauwatosa, WI 53226 | Mayfair Rd Properties LLC<br>12 Canyon Creek Court<br>Sedona, AZ 86351-9228 | Mid-America Bank<br>2317 Milton Avenue<br>Janesville, WI 53545 |
| Monty Titling Trust 1<br>AKA BMO Harris Bank N.A.<br>c/o Capital Crossing Servicing Company<br>99 High Street<br>Boston, MA 02110 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Mortle Trucking Inc.<br>W176 S7408 Lake Drive<br>Muskego, WI 53150 |
| Grant and Lori Munkwitz<br>34725 Elm Street<br>Oconomowoc, WI 53066 | R&D Investments Limited LLC<br>6252 Lakehurst Drive<br>Davenport, IA 52807 | Patty Savasta<br>US Probation Officer<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202 |

| | | |
|---|---|---|
| Schmidt, Darling & Erwin<br>George B. Erwin, III<br>2300 North Mayfair Road #1175<br>Milwaukee, WI 53226 | Securant Bank & Trust<br>6001 W. Capitol Dr.<br>Milwaukee, WI  53216 | Small Business Association<br>801 Tom martin Drive, Suite 120<br>Birmingham, AL 35211 |
| Dennis M. Bush f/b/o The Woods Properties<br>c/o Colliers International<br>1243 N. 10th Street #300<br>Milwaukee, WI  53205 | Town Bank<br>417 N. Genesee Street<br>Delafield, WI 53018 | Adrian Velasquez<br>14660 Hilside Road<br>Elm Grove, WI 53122 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | Wood Properties LLC<br>10930 W. Potter Road<br>Wauwatosa, WI 53226 | State of Wisconsin Dept of Corrections<br>Division of Community Corrections<br>3099 E. Washington Ave.<br>PO Box 7925<br>Madison, WI  53707 |